1222942

Filed 5/29/2018 7:32 AM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Darnell Mc Queen

## NO. 1222942

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **8TH JUDICIAL DISTRICT** |
| | § | |
| **WILLIAM HUNTER WARD** | § | **HOPKINS COUNTY, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/29/2018 10:55:49 AM
DEBBIE AUTREY
Clerk

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes William Hunter Ward, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against William Hunter Ward.

Respectfully submitted,

Lee Warren
101 Bill Bradford Road, Ste 25
Sulphur Springs, Tx
75482
(903) 335-3380

By:_____
Lee Warren
State Bar No. 24090494
LWarren@WarrenLegal.net
Attorney for William Hunter Ward

## CERTIFICATE OF SERVICE

This is to certify that on May 28th, 2018, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, by E-mail to MHarris@hopkinscountytx.org.

_____
Lee Warren

## NO. 1222942

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 8TH JUDICIAL DISTRICT |
| | § | |
| WILLIAM HUNTER WARD | § | HOPKINS COUNTY, TEXAS |

### TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, Eddie Northcutt, judge of the trial court certify this criminal case is not a plea-bargain

case and the Defendant has the right of appeal.

_____          _____
Judge                                                          Date Signed

I have received a copy of the certification. I have also been informed of my rights concerning my appeal in this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rule of Appellate Procedure. I have been admonished that my attorney must mail a copy of the Court of Appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se Petition for Discretionary Review in the Court of Appeals. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se Petition for Discretionary Review.

_____          _____
William Hunter Ward, Defendant                Lee Warren
ID Number: Unknown                                 State Bar Number: 24090494
Hopkins County Jail                                   101 Bill Bradford Road, Ste 25
298 Rosemont                                          Sulphur Springs, Texas 75482
Sulphur Springs, Texas 75482                   phone: (903) 335-3380

"A defendant in a criminal case has the right of appeal to a court of appeals under these rules. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motions filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).



NO. 1222942

THE STATE OF TEXAS

V. William Hunter Ward

Defendant

IN THE DISTRICT COURT

8TH JUDICIAL DISTRICT

HOPKINS COUNTY, TEXAS

FILED
AT 4:04 o'clock P M

MAY 2 1 2018

Cheryl Fulcher
DISTRICT CLERK
HOPKINS COUNTY, TEXAS

TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

✔ _____ is not a plea bargain case, and the defendant has the right of appeal.

_____ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal.

_____ is a plea bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal.

_____ is a plea bargain case, and the defendant has NO right of appeal.

_____ the defendant has waived the right of appeal.

_____
Judge

5/21/2018
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. 1R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am, entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant
Mailing address:
Telephone number:
Fax # (if any):

_____
Defendant's Counsel
State Bar of TX ID # 24098494
Mailing address:
Telephone number:
Fax # (if any)

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case — that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).

WHITE - TRIAL COURT    CANARY - DEFENDANT    PINK - DEFENDANT'S COUNSEL

To Reorder call Echo Publishing Co (903) 885-0861